1  Elliot S. Blut, Esq.
   Nevada Bar No. 6570
2  ECOFF, BLUT & SALOMONS, LLP
   300 South Fourth Street, Suite 701
3  Las Vegas, NV 89101
   Telephone (702) 384-1050
4  Facsimile (702) 384-8565

5  Attorneys for Defendant
   Deutsche Bank National Trust Company

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA- LAS VEGAS

| | |
|---|---|
| FLORDELIZA R. MONZON, | CASE NO: 11-cv-00174-GMN-RJJ |
| Plaintiff, | |
| v. | ORDER GRANTING DEFENDANT DEUTSCHE BANK NATIONAL TRUST COMPANY'S MOTION TO DISMISS AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED |
| INDYMAC BANK FSB, a federally Chartered savings bank; INDYMAC FEDERAL BANK, a federally Chartered savings bank; DEUTSCHE NATIONAL TRUST COMPANY EE; a Foreign Corporation; CITY OF LAS VEGAS, a municipal corporation; SUMMERLIN NORTH COMMUNITY ASSOCIATION, a domestic Non-profit corporation; QUALITY LOAN SERVICE CORPORATION, a Foreign Corporation; NEVADA LEGAL NEWS, LLC, a Nevada Limited-Liability Company; DOES I through XX; ROE CORPORATIONS I through XX, | |
| Defendants. | |

Defendant Deutsche Bank National Trust Company (hereinafter "Deutsche"), by and through its counsel of record, Elliot S. Blut, Esq., Ecoff, Blut & Salomons, LLP, filed a Motion to Dismiss Plaintiff's Amended Complaint ("Motion") pursuant to Federal Rules of Civil Procedure 12(b)(6) on March 28, 2011. (Docket No. 11). A Response to the Motion was due by April 14, 2011. No Response has been filed.

1

      The Court having considered the moving papers, its own files, and good cause appearing, rules as follows:

      1.    Pursuant to Local Rule 7-2(b), any Response and/or Opposition to Defendants' Motion was required to be filed with the Court and served within fourteen days after service of the Motion. No Response and/or Opposition has been filed by the Plaintiff regarding this matter. Pursuant to Local Rule 7-2(d), the failure of an opposing party to file Points and Authorities in response to any Motion shall constitute consent to the granting of the Motion.

      2.    The Court may grant the Motion to Dismiss for failure to follow local rules. *Ghazali v. Moran*, 46 F.3d 52 (9th Cir. 1995). Before dismissing the action, the district court is required to weigh several factors: (1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to the defendants; (4) the public policy favoring disposition of cases of their merits; and (5) the availability of less drastic sanctions.

      The Court has considered these factors and finds that Plaintiff has received notice and has been given ample time to respond.

      IT IS THEREFORE ORDERED, that based on the foregoing, the Motion to Dismiss is GRANTED and Defendant, Deutsche Bank National Trust Company, is hereby **DISMISSED without prejudice**.

      **DATED** this 19th day of April, 2011.

      _____
      Gloria M. Navarro
      United States District Judge