Kristin A. Schuler-Hintz, Esq., Nevada SBN 7171
Christopher M. Hunter, Esq., Nevada SBN 8127
McCarthy & Holthus, LLP
9510 W. Sahara, Suite 110
Las Vegas, NV 89117
Phone (702) 685-0329
Fax (866) 339-5691
KHintz@mccarthyholthus.com

Attorney for Defendants:
Quality Loan Service Corporation

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FLORDELIZA R. MONZON, | Case No.: 2:11-cv-00174-GMN-RJJ |
| Plaintiff, | |
| v. | **AMENDED ORDER GRANTING MOTION TO DISMISS FILED BY QUALITY LOAN SERVICE CORPORATION** |
| INDYMAC BANK FSB, a federally Chartered savings bank; INDYMAC FEDERAL BANK, a federally Chartered savings bank; DEUTSCHE NATIONAL TRUST COMPANY EE; a Foreign Corporation; CITY OF LAS VEGAS, a municipal corporation; SUMMERLIN NORTH COMMUNITY ASSOCIATION, a domestic Non-profit corporation; QUALITY LOAN SERVICE CORPORATION, a Foreign Corporation; NEVADA LEGAL NEWS, LLC, a Nevada Limited-Liability Company; DOES I through XX; ROE CORPORATIONS I through XX, | |
| Defendants. | |

Defendant, Quality Loan Service Corporation, by and through its counsel of record, Christopher M. Hunter, Esq., of McCarthy & Holthus, LLP, filed a Motion to Dismiss ("Motion") pursuant to Fed. R. Civ. P. 12(b)(6)56 on February 22, 2011 (Docket No. 6). The Docket Report indicates that a Response to the Motion was due by March 11, 2011. No Response has been filed.

The Court having considered the moving papers, its own files, and good cause appearing, rules as follows:

- 1

1. Pursuant to Local Rule 7-2(b), any Response and/or Opposition to Defendants' Motion for Summary Judgment was required to be filed with the Court and served within fourteen days after service of the motion. No Response and/or Opposition has been filed by the Plaintiff regarding this matter. Pursuant to Local Rule 7-2(d), the failure of an opposing party to file Points and Authorities in response to any Motion shall constitute consent to the granting of the motion.

2. The Court may grant the Motion to Dismiss for failure to follow local rules. *Ghazali v. Moran*, 46 F.3d 52 (9th Cir. 1995). Before dismissing the action, the district court is required to weigh several factors: (1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to the defendants; (4) the public policy favoring disposition of cases of their merits; and (5) the availability of less drastic sanctions. The Court has considered these factors and finds that Plaintiff has received notice and has been given ample time to respond.

IT IS THEREFORE ORDERED, that based on the foregoing, the Motion to Dismiss is GRANTED and Defendant, Quality Loan Service Corporation, is hereby **DISMISSED without prejudice**.

IT IS FURTHER ORDERED that the lis pendens affecting the property located at 509 Spruce Canyon St., Las Vegas, Nevada (APN 137-36-615-047) and recorded by Plaintiff on December 29, 2010 in the public records of Clark County, Nevada as instrument number 201012290001381 is hereby expunged and shall have no further force or effect.

DATED this 19th day of April, 2011.

_____
Gloria M. Navarro
United States District Judge

Respectfully submitted,

McCarthy & Holthus

By: /s/*Christopher M. Hunter*
 Christopher M. Hunter