**ORDR**
CHRIS SULLIVAN, ESQ.
**CHRIS SULLIVAN LAW FIRM**
Nevada State Bar #8278
332 South Jones Blvd.
Las Vegas, Nevada 89107
Tel (702) 471-0112
Fax (702) 567-0116
chris@chrissullivanlawfirm.com
*Attorney for Plaintiff*
*Flordeliza R. Monzon*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| FLORDELIZA R. MONZON, an individual, | CASE NO.: 2:11-cv-00174-GMN-RJJ |
| Plaintiff, | |
| vs. | **ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY OF RECORD** |
| INDYMAC BANK FSB, a federally chartered savings bank; INDYMAC FEDERAL BANK, a federally chartered savings bank; DEUTSCHE NATIONAL TRUST COMPANY EE, a Foreign corporation; CITY OF LAS VEGAS, a Municipal corporation; SUMMERLIN NORTH COMMUNITY ASSOCIATION, a Domestic Non-Profit corporation; QUALITY LOAN SERIVICE CORPORATION, a Foreign corporation; NEVADA LEGAL NEWS, LLC, a Nevada Limited-Liability company; DOES I through XX, ROE CORPORATIONS I through XX, inclusive, | |
| Defendants. | |

Pursuant to the Motion to Withdraw as Counsel filed by CHRIS SULLIVAN, ESQ. and good cause appearing therefore,

**IT IS HEREBY ORDERED** that CHRIS SULLIVAN, ESQ. shall be allowed to withdraw as attorney of record for the Plaintiff FLORDELIZA R. MONZON and that all further pleadings, motions, notices, and correspondence in this matter be mailed to the Plaintiff at:

Florendeliza R. Monzon, 509 Spruce Canyon St., Las Vegas, Nevada 89144.

IT IS FURTHER ORDERED that all proceedings be stayed for a period of 45 days from the date of the Order to allow retention of new counsel, or for the Plaintiff to proceed in pro per.

**DATED** this 26th day of May, 2011.

_____
Gloria M. Navarro
United States District Judge

Submitted by:

_____
CHRIS SULLIVAN, ESQ.
**CHRIS SULLIVAN LAW FIRM**
Nevada State Bar #8278
332 South Jones Blvd.
Las Vegas, Nevada 89107
Tel (702) 471-0112
Fax (702) 567-0116
chris@chrissullivanlawfirm.com
*Attorney for Plaintiff*
*Flordeliza R. Monzon*